UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISMAEL NEGRETE MORENO,

Plaintiff,

v.

US FOODS INC., et al.,

Defendants.

Case No.  25-cv-10818-JD

**ORDER RE TRANSFER**

The case is transferred to the Eastern District of California.  The facts and claims substantially overlap with very similar cases pending in that District.  Substantial gains in efficiency and economy of judicial and party resources weigh strongly in favor of a transfer, as does the avoidance of potentially conflicting orders and rulings.  Plaintiff Moreno did not file a motion to remand the case to state court, and so an objection to transfer on grounds of a remand request are misdirected.  In addition, transfer is a non-merits issue that the Court may address without resolving a jurisdiction question first.  *See Jiminez v. Horizon Actuarial Services, LLC*, No. 3:22-cv-04550-JD, 2023 WL 309049, at *1 (N.D. Cal. Jan 18, 2023) (citing *Sinochem Int'l Co. Ltd. v. Malaysia Int'l Shipping Corp.*, 549 U.S. 422, 432 (2007)).

**IT IS SO ORDERED.**

Dated: March 27, 2026

_____
JAMES DONATO
United States District Judge