UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL NEGRETE MORENO, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>US FOODS, INC., dba U.S. FOODSERVICE, INC., a Delaware Corporation, US FOODS CULINARY EQUIPMENT & SUPPLIES, LLC, a Delaware Limited Liability Company, ROB WEST, an individual, RENNIE DEPRUE, an individual, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 2:26-CV-01523-JLT-FJS<br><br>ORDER RE: NOTICE OF WITHDRAWAL AS ATTORNEY<br><br>(ECF No. 46) |

In view of the notice of withdrawal as counsel for Defendants US Foods, Inc. and U.S. Foods Culinary Equipment & Supplies, LLC (ECF No. 47), the Clerk of Court is hereby DIRECTED to terminate Annie H. Chen as an attorney of record for these Defendants.

Defendants US Foods, Inc. and U.S. Foods Culinary Equipment & Supplies, LLC will continue to be represented in this matter by the remaining attorneys of record. *See* L.R. 182(b).

IT IS SO ORDERED.

Dated: **November 2, 2026**

UNITED STATES MAGISTRATE JUDGE